**FILED**

APR 26 2016

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR 16-00023-EJD |
| Plaintiff, | [~~PROPOSED~~] ORDER OF DISMISSAL |
| v. | |
| JESUS RICARDO VILLANUEVA-OJEDA, | |
| Defendant. | |

The Court grants the government leave to dismiss the information. Accordingly, the information is hereby dismissed without prejudice, and defendant JESUS RICARDO VILLANUEVA-OJEDA shall be released forthwith from the custody of the United States Marshals Service.

IT IS SO ORDERED.

DATED: 4/26/16

_____
EDWARD J. DAVILA
United States District Judge

NOTICE OF DISMISSAL AND [PROPOSED] ORDER OF DISMISSAL
NO. CR 16-00023-EJD